UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY ANN REEVES,<br><br>        Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | CIVIL ACTION NO. 3:21-CV-00745<br><br>(MEHALCHICK, M.J.) |

### ORDER

**AND NOW**, this 26th day of August, 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Commissioner's motion to remand is **DENIED** (Doc. 19);

2. The final decision of the Commissioner denying this claim is **VACATED**;

3. Judgment is entered in favor of Reeves with directions that disability benefits be awarded to Reeves;

4. The case is **REMANDED** to the Commissioner for a speedy calculation of benefits to which Reeves is entitled from the onset date of September 28, 2012; and

5. The Clerk of Court shall **CLOSE** this case.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**